# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 11, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Maura D. Corrigan
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly,
Justices

140241(45)(47)

ALESIA HARRIS, Personal Representative of
the Estate of Henry J. Harris, Deceased,
         Plaintiff-Appellant,

v

                                            SC: 140241
                                            COA: 285426
                                            WCAC: 06-000256

GENERAL MOTORS CORPORATION,
         Defendant-Appellee.
_____

      On order of the Chief Justice, the motion by defendant-appellee for extension to December 3, 2010 of the time for filing its supplemental brief is considered and it is granted. The motion by the Michigan Self-Insurers' Association and the Michigan Manufacturers Association for leave to file a brief *amicus curiae* is considered and it is granted.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 11, 2011
_____

_____
Clerk